# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
## IMPENDING EXECUTION

Anthony Castillo Sanchez,
Plaintiff
vs.
Christe Quick, Warden,
Defendant

NO: CIV-10-1171-HE
Capital Case

23-6095

## IMPENDING EXECUTION

No man shall be compelled to frequent or support any religious worship, place, or ministry whatsoever, nor shall be enforced, restrained, molested, or burdened in his body or goods, nor shall otherwise suffer, on account of his religious opinions, or belief; but that all men shall be free to profess, and by argument to maintain, their opinions in matters of religion, and that the same shall in no wise diminish, enlarge, or affect their civil capacities.
  Thomas Jefferson, Virginia Statute for Religious Freedom, 1779

Surely, religious bigotry has no place in our country. On June 6, 2023 United States Western District of Oklahoma Judge Joe Heaton issued a ruling denying my choice of attorney and cited as a primary motivation;
 "The court concludes defendants statements to the contrary reflect pressure and coaching from his nominal spiritual advisor, Mr. Jeff Hood, which is consistent with Mr. Hoods efforts in other cases to inject himself into relationships between capital defendants and their counsel and that such efforts are motivated, at least in part, by considerations other than the best interest of the client."

(1)

Such an order was issued without any engagement with me or my spiritual advisor, Rev. Dr. Jeff Hood.

I was neither coached or pressured by my spiritual advisor. On the contrary, Dr. Hood has helped me and a variety of others garner the courage to fight back against substandard legal representation.

Regardless of ones conclusion about the preformance of my attorneys, the order makes very clear that Judge Heaton is biased against my chosen spirituality. Dr. Hoods theological and professional background is by no means nominal and my spirituality as a reflection is by no means nominal. I don't see how a federal judges constitutional authority extends to who I choose for my spiritual advisor or my spirituality.

Any questions concerning anyones role in the formulation of my decision to fire my attorneys and proceed with another attorney(s), could have easily been engaged (but once again my wishes were ignored). Instead, Judge Heaton chose to VIOLATE ANY SEMBLANCE OF DUE PROCESS while seemingly revoking a variety of FREE EXERSISE CLAUSE constitutional protections guaranteed to me by the First Amendment and centuries of jurisprudence.

Futhermore, he cites other cases or situations (injects himself in other) that have nothing to do with my case (such inclusion seems to denote that Judge Heaton was having conversations about my case outside of the courtroom/Shouldn't a federal judge be above gossip?). What does mine or anyone else choice of spiritual advisor have to do with my ability to secure proper legal representation? There is absolutely NO COMPELLING GOVERNMENT INTEREST that should overcome my religious liberty in this case. especially without due process.

Respectfully, I submit that Judge Heatons statement reflects BLATANT RELIGIOUS BIGOTRY that should bring his entire

(2)

ruling into question.

Therefore, I request a chance TO PROCEED with my case and a variety of final appeals (that my current/former attorneys were unwilling to file) WITH THE COUNSEL OF MY CHOOSING. To deny me the counsel of my choosing based on such a flawed bigoted process is furthermore a VIOLATION OF THE SIXTH AMENDMENT and centuries of jurisprudence. I also REQUEST A STAY OF EXECUTION so that I might study the decisions of Judge Heaton to determine how his apparent religious bigotry has influenced other decisions in my case and file all necessary appeals with my new attorneys. Such actions would be difficult if not impossible to engage with based on the time line of my impending execution.

Respectfully Submitted,
Anthony Castillo Sanchez
*Anth C. Sanch*
D.O.C. # 275098
P.O. Box 97  A-4-8
McAlester, OK 74502

Subscribed and sworn before me this 17 day of July 2023.

*Zak Pope*
Notary Public

[Notary Seal: ZAKIYA POPE, NOTARY PUBLIC, # 18002752, EXP. 03/16/26, STATE OF OKLAHOMA]

Commission Expires: 3/16/26
Commission Number: 18002752

(3)



